NO. 14 F 0109 202

2015 JAN 16 PM 1: 25

FILED IN
6th COURT OF APPEALS
TEXARKANA,. TEXAS

DEBBIE AUTREY
Clerk

STATE OF TEXAS

v.

TERRANCE LAVON DAVIS

IN THE DISTRICT COURT

OF BOWIE COUNTY, TEXAS

202nd JUDICIAL DISTRICT

## NOTICE OF APPEAL

COMES NOW Defendant, Terrance Lavon Davis, and files this his notice of appeal to the Sixth District Court of Appeals of the conviction in Cause No. 14 F 0109 202 on December 11, 2014.

Respectfully submitted,

Alwin A. Smith
TBN: 18532200

602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appeal has been forwarded to Mr. Michael Shepherd, 601 Main Street, Texarkana, Texas 75501, on this the _____ day of January 2015.

Alwin A. Smith

602 Pine Street
Texarkana, Texas 75501
Phone: 903-792-1608
Fax: 903-792-0899

# ALWIN A. SMITH
## ATTORNEY AT LAW

P.O. Box 107
Ashdown, AR 71822
870-698-2507

2015 JAN 16 PM 1:25

Email: al@alwinsmith.com

LICENSED IN TEXAS AND ARKANSAS

Marilee Ringgold, Legal Assistant

DISTRICT

DEPUTY

January 14, 2015

Billy Branson
District Clerk
Bowie County Courthouse
New Boston, Texas 75570

RE:    Texas v. Terrance Lavon Davis
       No. 14 F 0109 202

Dear Billy:

Enclosed please find the original and one copy of Notice of Appeal, which I would appreciate you filing and returning the file-marked copy of same to my office.

By copy of this letter to Mr. Michael Shepherd, I am providing a copy of said Notice to him.

Thank you for your assistance in this matter.

Kindest regards,

Alwin A. Smith

mr
Enclosures
cc:    Mr. Michael Shepherd